No. 155. SHICK v. GOODMAN, TRUSTEE. October 14, 1929. Petition for writ of certiorari to the Circuit Court

of Appeals for the Third Circuit denied.. *Mr. Robert P. Shick* for petitioner. *Mr. Caleb J. Bieber* for respondent.